C. Ludwig Baumann, Respondent, v. DeWitt Stetten and Another, as Trustees, etc., Defendants, Impleaded with Berenice L. Baumann, Appellant.—

Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.